

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00261-CV

**IN THE MATTER OF A.C.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01026
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 25, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice